CERTIFICATE OF JUDGMENT UNDER SECTION 2329.02

OHIO REVISED CODE

FILED
RICHARD W. NAGEL
CLERK OF COURT
7/7/2022

UNITED STATES OF AMERICA

SS.

SOUTHERN DISTRICT OF OHIO

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

I, Richard W. Nagel, Clerk of the United States District Court for the Southern District of Ohio, do certify that on **4/21/2022** there was entered in the record in this court, **Western Division** at **Dayton**, Ohio in

**Case Number:** 22MC0003

**Case Name:** MATTHEW E ORSO, ET.AL VS TODD DISNER, ET.AL

**Judgment in favor of:** NATIONWIDE JUDGMENT RECOVERY, INC ASSIGNNEE OF MATTHEW E ORSO

**and against:** VAN LUONG

**In the amount of:** $7,908.89 PLUS POST JUDGMENT INTEREST

Appeal filed/Pending

IN TESTIMONY WHEREOF, I have Hereunto set my hand and affixed the seal of this Court, at **Dayton**, Ohio this **7th** Day of **July**, A.D. **2022**.

RICHARD W. NAGEL, CLERK

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*