166859

FILED
COURT OF COMMON PLEAS
2022 OCT 28 AM 9: 57
CLERK OF COURTS
MONTGOMERY CO, OHIO

# CERTIFICATE OF JUDGMENT UNDER SECTION 2329.02
## OHIO REVISED CODE

FILED
RICHARD W. NAGEL
CLERK OF COURT
7/7/2022

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

UNITED STATES OF AMERICA
SS.
SOUTHERN DISTRICT OF OHIO

I, Richard W. Nagel, Clerk of the United States District Court for the Southern District of Ohio, do certify that on **4/21/2022** there was entered in the record in this court, **Western Division** at **Dayton**, Ohio in

| | |
|---|---|
| Case Number: | 22MC0003 |
| Case Name: | MATTHEW E ORSO, ET.AL VS TODD DISNER, ET.AL |
| Judgment in favor of: | NATIONWIDE JUDGMENT RECOVERY, INC ASSIGNNEE OF MATTHEW E ORSO |
| and against: | VAN LUONG |
| In the amount of: | $7,908.89 PLUS POST JUDGMENT INTEREST |

Appeal filed/Pending

IN TESTIMONY WHEREOF, I have Hereunto set my hand and affixed the seal of this Court, at **Dayton**, Ohio this **7th** Day of **July**, A.D. **2022**.

RICHARD W. NAGEL, CLERK

_Signature of Clerk or Deputy Clerk_

22CJ220551

MIKE FOLEY
Clerk of Courts
41 N. Perry St.
Dayton, Ohio 45422-2150

FIRST-CLASS MAIL
PRSRT - IMI
$000.54
06/12/2023 ZIP 45422
043M32205667

US District Court
100 E 5th St #103
Cincinnati, OH 45202

EGGKPMP 45202